UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALDO AREVALO,<br><br>    Petitioner,<br><br>    v.<br><br>FRED FOULK, Warden,<br><br>    Respondent. | NO. CV 14-1983-CAS (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, the Report and Recommendation of the United States Magistrate Judge and the Objections. Further, the Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that (1) denying Petitioner's motion for leave to amend and (2) directing that judgment be entered denying the petition and dismissing the action with prejudice.

DATED: May 30, 2017

                                              CHRISTINA A. SNYDER
                                              United States District Judge